Form: ICB-16001-04 rev. 01

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Isabel C. Balboa    (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

In Re:

    KISANNA B. OWENS

Debtor(s)

Proceedings in Chapter 13

Case No.: 08-29908 (GMB)

**CERTIFICATION OF ISABEL C. BALBOA, CHAPTER 13 STANDING TRUSTEE, TO DISMISS DEBTOR(S)' CHAPTER 13 BANKRUPTCY CASE**

    I, Isabel C. Balboa, Chapter 13 Standing Trustee ("Trustee") am authorized to make this certification.

1. I am the Chapter 13 Standing Trustee for Region 3 pursuant to an order entered by the Office of the United States Trustee, United States Department of Justice.

2. I am personally familiar with the matters set forth herein and I am qualified to testify about them.

3. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 105.

4. Pursuant to the Order Confirming Chapter 13 Plan, the Court ordered the Debtor(s) to

perform as follows:... that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

5. I hereby certify that the Debtor(s) has/have not performed as Ordered by the Court in that the Debtor(s) has/have fallen behind in his/her/their Trustee payments.

6. Debtor(s)' case should be dismissed as the Debtor(s) is/are in arrears in the amount of $4,344.96 to the Trustee. Debtor(s) last payment was received on 09/25/2009 in the amount of $705.00.

Therefore, pursuant to 11 U.S.C. § 1307, the Trustee respectfully requests that the Court enter an Order to Dismiss Debtor(s)' Chapter 13 Bankruptcy Case.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 12/01/2009                                   By: /s/ Isabel C. Balboa
                                                    Isabel C. Balboa
                                                    Chapter 13 Standing Trustee