609-424-5799

To: Stephanie Shrater
for Kisanna Owens

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE

Pay to: [illegible]
Address: PO Box 1978
Memphis, TN 38101-1978

Serial Number: 487597554
Year, Month, Day: 2009-12-07
Post Office: 081091
Amount: $705.00
Clerk: 0018

**CUSTOMER'S RECEIPT** — UNITED STATES POSTAL SERVICE

Pay to: [illegible]
Address: PO Box 1978
Memphis, TN 38101

Serial Number: 487597543
Year, Month, Day: 2009-12-07
Post Office: 081091
Amount: $705.00
Clerk: 0018